NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIVINT, INC.,**
*Appellant*

**v.**

**ADT LLC, ALARM.COM INC.,**
*Appellees*

---

2023-1787

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01374, IPR2022-00714.

---

**JUDGMENT**

---

LANNIE REX SEARS, Maschoff Brennan, Salt Lake City, UT, argued for appellant. Also represented by STERLING A. BRENNAN, Irvine, CA; ROBERT PARRISH FREEMAN, JR., ERIC MASCHOFF, Park City, UT.

SHARONMOYEE GOSWAMI, Cravath, Swaine & Moore LLP, New York, NY, argued for ADT LLC. Appellees Also represented by KEITH HUMMEL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2024
Date

Jarrett B. Perlow
Clerk of Court